IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT POON, | Case No. 1:10-cv-0028-AWI-JLT |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR LEAVE TO USE ELECTRONIC FILING (Document 4) |
| KERN COUNTY SHERIFF'S DEPUTY JOHN DOE, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Leave to Conduct All future Proceedings by E-Filing. (Doc. 4.)

Plaintiff states he currently resides in Hong Kong and that it is "almost impossible" to obtain 8 ½ by 11" paper, the standard used for filing in this Court, without difficulty and delay. He states that he has a Pacer account which allows him to file documents electronically with the Court and seeks leave to make future filings by this method.

In general, Local Rule 133(b)(2) prohibits a pro se litigant to use electronic filing. Despite the reasons stated, it does not appear that Plaintiff has made a sufficient showing to justify departure from this prohibition. Fed. R. Civ. P. (d)(4).

///

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Conduct
2  All Future Proceedings by E-Filing (Doc. 4.) is DENIED.

4  IT IS SO ORDERED.
5  Dated:   **January 29, 2010**                                    /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE