1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALBERT POON,                          )   Case No. 1:10-cv-0028-AWI-JLT
                                           )
12               Plaintiff,                )   ORDER AMENDING SECOND AMENDED
                                           )   COMPLAINT
13          vs.                            )
                                           )
14   KERN COUNTY SHERIFF'S, DEPUTY         )
     JOHN DOE, et al.,                     )
15                                         )
                 Defendants.               )
16   _____        )

17

18          Pursuant to the Parties' oral stipulation, and for good cause appearing, IT IS HEREBY

19   ORDERED that the Second Amended Complaint is amended as follows:

20          1.      "Deputy John Doe" is amended to reflect the true identity of this defendant

21                  as Jason Anderson.

22          3.      No new answer by Jason Anderson is required.

23

24   IT IS SO ORDERED.

25   Dated:   **December 15, 2010**              _____**/s/ Jennifer L. Thurston**_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27